AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

REBECCA MAYHEW

V.

ARAMARK CORRECTIONAL SERVICES, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:01CV14

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that Aramark's Motion for Summary Judgment is granted; West Virginia Department of Military Affairs and Public Safety, Division of Corrections, Huttonsville Correctional Center and William S. Haines' Motion for Summary Judgment is granted. All Defendants are dismissed from this matter and the case is dismissed and retired from the docket of this Court.

October 18, 2006
Date

Wally Edgell, Ph.D.
Clerk

*Carole N. Daniels*
(By) Deputy Clerk

pc: Counsel of record
W. Haines